# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCELL WILLIAMS,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
AND RENEE BAKER, WARDEN,
Respondents.

No. 78521

FILED

SEP 30 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court summary judgment. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

This appeal was docketed on April 9, 2019. On that date, the clerk of this court issued a notice directing appellant to file a transcript request form by April 23, 2019, a docketing statement by April 30, 2019, and an opening brief or informal brief by August 7, 2019. When appellant failed to file the transcript request form and docketing statement, the clerk issued a notice on June 12, 2019, directing appellant to file those documents by June 24, 2019. The notice cautioned appellant that failure to comply could result in the dismissal of this appeal. When appellant again failed to file those documents and the opening or informal brief, this court issued an order on August 21, 2019, directing appellant to file all missing documents by September 4, 2019. The order cautioned that failure to comply would result in the dismissal of this appeal as abandoned.

To date appellant has failed to file the transcript request form, docketing statement, and opening or informal brief, and has failed to

19-40463

otherwise communicate with this court. As it appears that appellant has abandoned this appeal, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                              Silver


cc:   Hon. Gary Fairman, District Judge
Marcell Williams
Attorney General/Carson City
Attorney General/Las Vegas
White Pine County Clerk